UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Antionette M. Hobson,

    Plaintiff(s),

v.

Ocwen Loan Servicing, LLC et al,

    Defendant(s).

Case No. 3:18-cv-50418

Magistrate Judge Iain D. Johnston

## JOINT INITIAL STATUS REPORT

The parties submit this joint initial status report in advance of the initial status hearing set for March 12, 2019.

All parties who have appeared shall join in the filing of this initial status report. An initial status report must still be filed even if filed unilaterally.

**1.    Nature of the Case Including Legal Issues, Factual Issues, and Affirmative Defenses.**

For claims by or against only some parties, identify which.

Plaintiff's claims are founded on Defendants' alleged violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.; Ocwen Loan Servicing, LLC's alleged violation of Regulation X, which implements the provisions of the Real Estate Settlement Procedures Act, 12 C.F.R. § 1024 et seq.; Ocwen Loan Servicing, LLC's alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq.; and Ocwen Loan Servicing, LLC's alleged violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et seq.

**2.    Parties and Service**

Identify each individual plaintiff:

Antionette M. Hobson

Identify each individual defendant and the status of service. If more space is needed, attach additional pages to the end of this report.

| Defendant | Date Served | Date Appeared | Answer Due or Date Answered |
|---|---|---|---|
| Ocwen Loan Servicing, LLC | 01/07/19 | 01/11/19 | 02/28/19 |
| Equifax Information Services, LLC | 01/07/19 | 01/29/19 | 01/29/19 |
| Experian Information Solutions, Inc. | 01/07/19 | 01/28/19 | 02/27/19 |

For each defendant not served, describe the efforts to serve that defendant. If more space is needed, attach additional pages to the end of this report.

Defendant                                              Efforts to Serve

List any potential party the defendant(s) may seek to add as a third-party defendant.

Third-Party Defendant                    Basis of Liability

3.  Status of Settlement Discussions and the Potential for Settlement

Plaintiff is in settlement discussions with both Equifax Information Services, LLC and Experian Information Solutions, Inc.

4.  **Identify any Parallel Cases (including but not limited to possible MDL litigation, underlying criminal proceedings, or related litigation).**

Case Name                Case #           Court            Nature of Proceeding




5.  **Identify all Pending or Anticipated Motions**

Motion (including docket number                                    Date Filed or
if already filed)                                                  Anticipated




6.  **Discovery**

During the initial status hearing the Court will likely set a deadline for submitting a proposed case management order at a later date. To help guide that discussion, the parties shall provide their best estimates formed after reasonable investigation and inquiry of the amount and scope of discovery in response to the following questions:

The plaintiff(s) anticipate(s) taking about 5 depositions of fact witnesses.

For claims involving medical conditions, the plaintiff has about 1 treaters who are either (check one) ⊙ all located in or near the Rockford/Chicago areas, or ○ includes treaters located outside the Rockford and Chicago areas such as                                      .

The plaintiff(s) (check one) ○ anticipate(s) using about    retained expert witnesses, or ⊙ do(es) not anticipate retaining expert witnesses.

The defendant(s) anticipate(s) taking about 4 depositions of fact witnesses. That number does not include any of the depositions the plaintiff(s) anticipate(s).

The defendant(s) (check one) ⊙ anticipate(s) using about 1 retained expert witnesses, or ○ do(es) not anticipate retaining expert witnesses.

The parties anticipate that fact discovery (which includes treating physician depositions) will take about 8 months.

**7.    Consent to the Magistrate Judge**

(Must check one)

    ○    All parties have appeared and will file a written consent to proceed before the Magistrate Judge for all purposes.

    ●    Not all parties will consent to proceed before the Magistrate Judge.

PLAINTIFF(S)                               DEFENDANT(S)

Antionette M. Hobson                       Equifax Information Services, LLC
                                           Experian Information Solutions, Inc.
                                           Ocwen Loan Servicing, LLC

By:                                        By:

/s/ Joseph S. Davidson                     /s/ Lewis Perling (Equifax)
                                           /s/ Allison L. McQueen (Experian)
                                           /s/ Joseph D. Kern (Ocwen)


Rev. 12/12/2017